1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

SEALED FILED
SEP 26 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

8                IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CASE NO. 2:13-MJ-0300 CKD

12             Plaintiff,              [PROPOSED] ORDER RE: REQUEST TO SEAL
                                       DOCUMENTS
13       v.

14 OLDAIM ROSA LOPES,

15             Defendant.

16

17       Upon application of the United States of America and good cause having been shown,

18       IT IS HEREBY ORDERED that the criminal complaint and the affidavit underlying the criminal

19 complaint in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any

20 person, unless otherwise ordered by this Court.

21

22 Dated: 9/26/2013                    _____
23                                     Hon. Carolyn K. Delaney
                                       U.S. MAGISTRATE JUDGE
24

[PROPOSED] ORDER RE: REQUEST TO SEAL
DOCUMENTS