**SEALED**

**FILED**
SEP 1 1 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-cr-0166-TLN ~~13-MJ-0300 CKD~~ |
| Plaintiff, | [PROPOSED] ORDER |
| v. | **UNDER SEAL** |
| OLDAIM ROSA LOPES, | |
| Defendant. | |

**ORDER**

For the reasons set forth in the government's motion to dismiss, the Court finds that good cause exists to dismiss the criminal complaint and associated arrest warrant against Oldaim Rosa LOPES as unnecessarily complicating extradition proceedings given the existence of a grand jury indictment charging a different offense and the government's statement that it would not be pursuing the charge in the complaint against LOPES. Accordingly, IT IS HEREBY ORDERED that the pending criminal complaint and arrest warrant in case number 2:13-MJ-0300 CKD against defendant Oldaim Rosa LOPES is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a), with prejudice. It is FURTHER ORDERED that this Order and the government's associated motion papers be filed under seal.

DATE: 9/11/2018

_____
HONORABLE CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE